UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

April 09, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

EUGENE P O ,

       Defendant.

Case No.  2:26-mj-00039-AC

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  EUGENE P O  ,

Case No.  2:26-mj-00039-AC , Charge 18 USC § 3606, from custody for the following

reasons:

  X  Release on Personal Recognizance

      Bail Posted in the Sum of $ _____

          Unsecured Appearance Bond $ _____

          Appearance Bond with 10% Deposit

          Appearance Bond with Surety

          Corporate Surety Bail Bond

  X  (Other):  The defendant's release is delayed until 04/10/2026 at

9:00 AM.

Sacramento County Jail is further ORDERED to release the defendant with a

30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on April 09, 2026, at 3:00 PM.

By: _____

Magistrate Judge Allison Claire